UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

| | |
|---|---|
| Ahron Bookson, individually and on behalf of all others similarly situated;<br><br>       Plaintiff,<br><br>  -v.-<br><br>Richard D. Sokoloff, Attorney at Law, PLLC and John Does 1-25.<br><br>       Defendant(s). | Civil Action No:<br>1:20-cv-839<br><br>Application Granted<br>SO ORDERED<br>Brooklyn, New York<br>Dated: 8/21/2020<br><br> */s/ Eric N. Vitaliano*<br>Eric N. Vitaliano<br>United States District Court<br><br>THE CLERK IS DIRECTED TO CLOSE THIS CASE |

---------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 19, 2020            Respectfully Submitted,

                       */s/Raphael Deutsch*
                       Raphael Deutsch Esq.
                       **Stein Saks, PLLC**
                       285 Passaic Street
                       Hackensack, NJ 07601
                       rdeutsch@steinsakslegal.com